1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY J. BISI, et al,,                    No. 2:23-cv-01994-TLN-KJN

12                Plaintiff,                      **ORDER**

13         v.

14    JAGUAR LAND ROVER NORTH
      AMERICA, LLC, D/B/A LAND ROVER
15    FINANCIAL GROUP,

16                Defendant.

17

18         On October 3, 2023, the magistrate judge filed findings and recommendations herein

19    which were served on the parties, and which contained notice that any objections to the findings

20    and recommendations were to be filed within fourteen days.  (ECF No. 12.)  No objections were

21    filed.

22         The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

23    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

24    *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

25    the file, the Court finds the findings and recommendations to be supported by the record and by

26    the magistrate judge's analysis.

27    ///

28    ///

1

1    Accordingly, IT IS ORDERED that:

2        1.  The Proposed Findings and Recommendations filed October 3, 2023 (ECF No. 12),

3            are ADOPTED IN FULL; and

4        2.  Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF

5            No. 11) is DENIED.

6    Date:  December 4, 2023

7

8

9    _____

     Troy L. Nunley
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2